PRAVEEN KEVIN KHURANA
Full Name

858 MAIN STREET

LEWISTON, IDAHO

83501
Complete Mailing Address

208-798-0505
Daytime Telephone Number

FILED & RECEIVED mail

2018 DEC 12 PM 1:59

US COURTS
COEUR D'ALENE, ID

Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF  IDAHO

PRAVEEN KEVIN KHURANA
(full name)

Plaintiff,

v.

RENU VERMA,
STATE OF IDAHO,
ROBERT RINARD,
DAPHNE HUANG
Defendant(s).

Case No. CV 18-553 CCWD
(to be assigned by the Court)

**IN FORMA PAUPERIS APPLICATION**
(nonprisoner)

I request that the Court allow me to proceed in forma pauperis in this action because I am unable to pay the filing fee at the time of filing as a result of my poverty. I swear or affirm, under penalty of perjury, that the following information is true and correct to the best of my knowledge.

In Forma Pauperis Application (nonprisoner) - 1

(NOTE → FILED ON JULY-5-2018
IN 13-20058-TLM.)

# AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ — | $ | $ — | $ |
| Self-employment | $ 638.00 | $ | $ 645.00 | $ |
| Income from real property (such as rental income) | $ — | $ | $ — | $ |
| Interest and dividends | $ — | $ | $ — | $ |
| Gifts | $ — | $ | $ — | $ |
| Alimony | $ — | $ | $ — | $ |
| Child support | $ — | $ | $ — | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ — | $ | $ — | $ |
| Disability (such as social security, insurance payments) | $ — | $ | $ — | $ |
| Unemployment payments | $ — | $ | $ — | $ |
| Public-assistance (such as welfare) | $ — | $ | $ — | $ |
| Other (specify): _____ | $ — | $ | $ — | $ |
| **Total monthly income:** | $ 638 | $ | $ — | $ |

2. List your employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| EMPEROR OF INDIA | 858 MAIN ST, LEWISTON ID, 83501 | 2007 | 645.00 |

In Forma Pauperis Application (nonprisoner) - 2

3. List your spouse's employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— |

(entries crossed out)

4. How much cash do you and your spouse have? $ _____ .
Below, state any money you and your spouse have in bank accounts or other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PA FCU | CHKG | $ 10.00 | $ |
|  |  | $ | $ |
|  |  | $ | $ |

5. List the assets (with values) that you own or your spouse owns. *(Do not list clothing and ordinary household furnishings.)*

| Home (Address and Value) | Other real estate (Address and Value) | Motor vehicle #1 (Value) |
|---|---|---|
|  | 858 MAIN ST LEWISTON, ID, 83501 | Make: FORD EXP Year: 2002 Model: $1,500.00 |

| Motor vehicle #2 (Value) | Other assets (item and value) | Other assets (item and value) |
|---|---|---|
| Make: MERC Year: 1987 Model: 300E $100.00 | 2002 ISUZU TROOPER $50.00 | 2002 JEEP LIBERTY 200.00 |

6. Does anyone owe you or your spouse money? State the person's name and the amount owed.
No.

In Forma Pauperis Application (nonprisoner) - 3

7. On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ — | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100 | $ |
| Home maintenance (repairs and upkeep) | $ 30 | $ |
| Food | $ 300 | $ |
| Clothing | $ 75 | $ |
| Laundry and dry-cleaning | $ 25 | $ |
| Medical and dental expenses | $ 100 | $ |
| Transportation (not including motor vehicle payments) | $ 400 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ — | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 50 | $ |
|    Homeowner's or renter's | $ — | $ |
|    Life | $ — | $ |
|    Health | $ — | $ |
|    Motor Vehicle | $ ✓ | $ |
|    Other | $ — | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): | $ — | $ |
| Car payment (creditor) | $ — | $ |
| Credit card (name): CAPITAL ONE | $ 25 | $ |
| Credit card (name): | $ — | $ |
| Department store (name): HOME DEPOT | $ 25 | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ 694 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 1824 | $ |

In Forma Pauperis Application (nonprisoner) - 4

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| JOHN PERRY | FRIEND | 82.00 |
|  |  |  |
|  |  |  |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Yes  (No)  *(circle one)*

    If yes, describe: _____

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form?  Yes (No)  *(circle one)*   If yes, how much? $_____

If yes, state the attorney's or person's name, address, and telephone number:

_____
_____
_____

11. Provide any other information that will help explain why you cannot pay the filing fee. If you live with someone who is not your spouse, explain how much they contribute.

_____
_____
_____

12. Age: 58       Years of schooling: 12

    I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (*See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

    Executed this 10 day of DECEMBER, 20 18

                                                        _____
                                                         Plaintiff